UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL J. WASHINGTON,           )
                                 )
        Plaintiff,               )
                                 )
        v.                       )   Civil Action No.   08 1369
                                 )
RONALD REAGAN AIRPORT AUTH.,     )
                                 )
        Defendant.               )
                                 )

## ORDER

Plaintiff has filed a *pro se* complaint and an application to proceed without prepayment of fees. An application to proceed without prepayment of fees must include the amount of the applicant's take-home salary **and** the pertinent pay period. Plaintiff's application states his weekly pay from Hertz, but does not state the pay period pertinent to his pay from the Airport Authority. Because his application to proceed without prepayment of fees is incomplete, the Court does not have a sufficient basis for granting or denying the application. Accordingly, it is hereby

ORDERED that, within thirty (30) days of this Order, plaintiff shall either provide the information described above or his case will be dismissed.

Date: July 29, 2008

_____
United States District Judge